PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Martin Johnson                                    Cr.: 03-00228-014

Name of Sentencing Judicial Officer: The Honorable Freda F. Wolfson, United States District Judge

Date of Original Sentence: 03/30/06

Original Offense: Use of a Communication Facility in Furtherance of a Drug Conspiracy

Original Sentence: 48 months custody; 1 year supervised release; $1,000 fine; $100 special assessment

Type of Supervision: Supervised Release                Date Supervision Commenced: 08/31/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision condition which states 'As a condition of supervision, you are instructed to pay a fine in the amount of $1,000; it shall be paid in the following manner: At a rate of not less than $50.00 per month.'

The offender commenced his term of supervised release on August 31, 2007, and has paid a total of $550.00 toward his fine and special assessment. The offender is currently in compliance with the Court ordered minimum amount of $50 per month. Johnson has been monitored closely regarding his payment obligation and it appears he has paid to the best of his ability. Johnson has been gainfully employed with an employment agency who has assigned him to various warehouse jobs. During periods of unemployment, the probation officer was satisfied the offender made every effort to become re-employed.

U.S. Probation Officer Action:

The undersigned will continue to make every attempt to collect payments toward the fine obligation prior to the conclusion of supervision on August 30, 2008; however, in the event the balance is not collected, the probation officer posits Johnson has paid to the best of his ability. It is recommended the remaining balance of $550.00 be collected by the Financial Litigation Unit of the United States Attorney's Office.

AUG. 19. 2008 2:41PM US PROBATION OFF NO. 6152 P. 4
Case 3:03-cr-00228-FLW Document 435 Filed 08/21/08 Page 2 of 2 PageID: 1654

PROB 12A - Page 2
Martin Johnson

Respectfully submitted,

*Sharon A. O'Brien*
By: Sharon A. O'Brien
Senior U.S. Probation Officer
Date: 08/19/08

[✓] The Court concurs with the probation officer's course of action and the term of supervised release will expire as scheduled on August 30, 2008.

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

8/20/08
_____
Date